La Mar T. Gunn, *propria persona*
11 North State Street
Dover, DE 19901
Telephone: (302) 218-6407
Facsimile: (888)812-4098
Email: lamargunn@me.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LA MAR GUNN,<br><br>*Plaintiff,*<br><br>-v-<br><br>SUSAN CAROL OVER and ANDRES GUTIERREZ DE COS<br>*Defendants.* | **Civ. Action No. 16-713-GMS**<br><br>COMPLAINT<br>*Pro se*<br>**Jury Trial Demanded** |

## PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Plaintiff La Mar Gunn, appearing *propria persona*, and without waving any right, files this Response to the Court's Order To Show Cause dated April 4, 2018, and, for the reasons stated herein, respectfully requests that the Court not dismiss this action.

1.  Plaintiff's lack of prosecution was due to a misunderstanding.

2.  Plaintiff is without the benefit of counsel and expected the court to issue a Scheduling Order.

3.  Plaintiff has not disobeyed or failed to follow a Scheduling Order.

4.  Plaintiff now requests a Scheduling Conference.

5.  Moreover, Plaintiff seeks to perform discovery and believed the Court through a Scheduling Conference would set the period for discovery.

6.  There's no prejudice to the Defendants as no discovery has been requested.

7.  Cases should be decided on the merits versus prematurely dismissed due to a misunderstanding of the rules by a *pro se* litigant.

8.  Plaintiff has always intended to advance the instant action and deserves an opportunity to prove his case.

9.  At the same time, "[t]he sanction of dismissal for failure to prosecute is a 'severe sanction,' a measure of last resort." Ecclesiastes 9:10-11-12, Inc. v. LMC Holding Co., 497 F.3d 1135, 1143 (10th Cir. 2007).

10. Imposition of the "severe sanction" of dismissal under such circumstances would be unjust and is simply unwarranted. This case should be allowed to proceed.

11. Plaintiff has not abandoned his case.

12. Further, there has been no record of contumacious conduct or delay by the plaintiff in the record.

13. From the ground floor of King Solomon's Temple, Plaintiff asserts that his delay was a misunderstanding and not intentional.

WHEREFORE, in light of the foregoing, Plaintiff respectfully requests that the Court not dismiss this action. To the extent that the Court has remaining concerns about Plaintiff's efforts to prosecute this matter since the issuance of the April 4, 2018 Order, plaintiff respectfully requests that the Court schedule a Status Conference.

RESPECTFULLY SUBMITTED this 28th day of May, 2018.


LA MAR: GUNN, *propria persona*
Signed reserving all my rights at UCC 1-308

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of May, 2018, the foregoing Document was sent by ECF and U.S. Mail to:


**Andres Gutierrez Decos**
**133 Bunting Drive**
**Wilmington, DE 19808-1969**
P: (302) 444-8085
F: (302) 444-8065
andres@gutierrezdecos.com
Attorney for Plaintiff

**Susan Carol Over**
**107 Meriden Drive**
**Hockessin, DE 19707**
P: (302) 222-2070


On this Monday the 28th day of May, 2018.


LA MAR: GUNN, *propria persona*
Signed reserving all my rights at UCC 1-308

11 North State Street, Dover, DE 19901
Telephone: (302) 218-6407
Facsimile: (888)812-4098
Email: lamargunn@me.com